UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

JEFFREY J. HOLDEN

      Plaintiff,

    v.                                           Case No.: 18-CV-1348

WAUPACA ELEVATOR COMPANY, INC.,

      Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

       The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims and causes of action may be dismissed upon the merits, *with prejudice* and without costs to either party.

       Dated this 11th day of April, 2019

*s/ Matthew J. Tobin*_____
James A. Walcheske (SBN 1065635)
Matthew J. Tobin (SBN 1097545)
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
jwalcheske@walcheskeluzi.com
mtobin@walcheskeluzi.com

*Attorneys for Plaintiff*

*s/ Ann Barry Hanneman*_____
Ann Barry Hanneman (SBN 1008899)
von Briesen & Roper, s.c.
20975 Swenson Drive, Suite 400
Waukesha, Wisconsin 53186
Telephone: (262) 923-8652
Facsimile: (262) 888-1789
ahanneman@vonbriesen.com

*Attorneys for Defendant*